39 F.3d 1170
 Lightning Lube, Inc., Laser Lube, a New Jersey Corporation
v.
WITCO Corp., Avis Service, Inc., Avis Lube, Inc., Avis
Enterprises, Inc. v. Venuto (Ralph), d/b/a Laser Lube,
Lightning Lube, Automotive Management Systems, Venuto
(Carol), Automotive Management Systems, Inc., a New Jersey
Corp., Lightning Lube, Inc., t/a Laser Lube
 NO. 94-5029
 United States Court of Appeals,
Third Circuit.
 Sept 28, 1994
 
 Appeal From: D.N.J.,
 Bassler, J.
 
 
 1
 AFFIRMED.